# In the United States Court of Federal Claims

Nos. 12-852C, 12-853C, 12-862C, 12-864C, & 12-869C

(Filed: December 13, 2012)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CMS CONTRACT MANAGEMENT SERVICES, THE HOUSING AUTHORITY OF BREMERTON; NATIONAL HOUSING COMPLIANCE; ASSISTED HOUSING SERVICES CORP., NORTH TAMPA HOUSING DEVELOPMENT CORP., CALIFORNIA AFFORDABLE HOUSING INITIATIVES, INC.; JEFFERSON COUNTY ASSISTED HOUSING CORP., and SOUTHWEST HOUSING COMPLIANCE CORP., | \* \* \* \* \* \* \* \* \* \* \* |
| Plaintiffs, | \* \* |
| v. | \* \* |
| THE UNITES STATES, | \* \* |
| Defendant. | \* \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSOLIDATION ORDER

Before the Court are five bid protests recently filed in connection with a Department of Housing & Urban Development ("HUD") procurement for Section 8 Housing Assistance Program administrative services. On December 10, 2012, Plaintiff CMS Contract Management Services filed a complaint for declaratory and injunctive relief in case number 12-852C. Since CMS's filing, four additional parties have filed complaints, along with their notices of directly related cases: National Housing Compliance, case number 12-853C; Assisted Housing Services Corp., et al., case number 12-862C; Jefferson County Assisted Housing Corp., case number 12-864C; and Southwest Housing Compliance Corp., case number 12-869C. The Court finds that the common factual and legal issues in these bid protests justify consolidation for all purposes pursuant to Rule 42 of the Court's Rules. All five protests arise from the same

procurement.  The Court held an initial hearing with counsel for the parties earlier today, at which there were no objections to consolidation.

Henceforth, all parties shall submit their CM-ECF filings in these bid protests under the first-filed case, docket number 12-852C, and use the abbreviated caption "CMS Contract Management Services, et al. v. United States."  However, all filings shall include the case numbers in the caption for all five protests.  To assist the Court in understanding which party is filing a pleading or brief, the title of the document shall include the name of the party making the filing, such as "Southwest Housing Compliance Corporation's Cross-Motion for Judgment on the Administrative Record."

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge